# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kurlicia Matthew,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>Walmart, Inc,<br><br>                    Defendant(s). | 2:22-cv-02103-RFB-MDC<br><br>**Order** |

Discovery is closed in this case. ECF No. 11. The parties did not file dispositive motions or a proposed joint pretrial order. The proposed joint pretrial order was due February 16, 2024. *Id.*

Accordingly,

It is so ORDERED that the parties shall file their proposed joint pretrial order by June 3, 2024.

Dated this 3rd day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge