**SAO**
BRICE J. CRAFTON, ESQ.
Nevada Bar No. 10558
COLTON J. WILSTEAD, ESQ.
Nevada Bar No. 16024
**DEAVER | CRAFTON**
810 E. Charleston Blvd.
Las Vegas, NV 89104
Brice@deavercrafton.com
Cole@deavercrafton.com
Tel. (702)385-5969
Fax. (702)385-6939
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KURLICIA MATTHEW, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive;<br><br>Defendants. | Case No. 2:22-cv-02103-RFB-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, KURLICIA MATTHEW, and their counsel, BRICE J. CRAFTON, ESQ., of DEAVER | CRAFTON and Defendant, WALMRT, INC., by and through their attorney of record KURT R. BONDS, ESQ., of the law firm HALLS & EVANS, LLC., hereby stipulate to dismiss this case with prejudice.

It is further agreed that each side to bear their own cost & fees.

. . .

. . .

1    DATED this 4th day of February, 2025.    DATED this 4th day of February, 2025.

2    **DEAVER | CRAFTON**    **HALL & EVANS, LLC.**

3    */s/ Brice J. Crafton, Esq.*    */s/ Kurt R. Bonds, Esq.*
BRICE J. CRAFTON, ESQ. #10558    KURT R. BONDS, ESQ. #6228
4    COLE J. WILSTEAD, ESQ. #16024    6605 Grand Montecito Pkwy., Suite 200
810 E. Charleston Blvd.    Las Vegas, NV 89149
5    Las Vegas, NV 89148    *Attorneys for Defendant*
*Attorneys for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that this matter be dismissed with prejudice; each side to bear their own cost & fees.

April 4, 2025

_____

Respectfully submitted by:

**DEAVER | CRAFTON**

*/s/ Brice J. Crafton, Esq.*
BRICE J. CRAFTON, ESQ. #10558
COLE J. WILSTEAD, ESQ. #16024
810 E. Charleston Blvd.
Las Vegas, NV 89104
*Attorneys for Plaintiff*



**Nereida Montes <neri@thepipros.com>**

---

## Matthew v. Walmart SAO to Dismiss

---

**Fraser, Tanya M.** <frasert@hallevans.com>    Tue, Feb 4, 2025 at 9:16 AM
To: Nereida Montes <neri@thepipros.com>
Cc: "Bonds, Kurt R." <bondsk@hallevans.com>, ": Brice Crafton" <brice@thepipros.com>, Cole Wilstead <cole@thepipros.com>, "Donaldson, Erin A." <donaldsone@hallevans.com>

Hello,

Please substitute Kurt R. Bonds, Esq. in place for Madison Aguirre on page one, line 19, and remove Madison's name from the signature block, as she is no longer with our firm. With that change, you may affix Kurt Bonds' electronic signature.

Thank you,

Tanya M. Fraser, Esq.

**Tanya M. Fraser** | Senior Associate
frasert@hallevans.com
Tel: 702-998-1022

**Hall & Evans, LLC**
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144



AZ | CO | ID | IL | MO | MT | NM | NV | UT | WY
website | bio | LinkedIn

